IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| MICHAEL DELONG, | ) |
| --- | --- |
| Plaintiff, | ) |
| vs. | ) Case No. CIV-14-1439-C |
| STATE OF OKLAHOMA, et al., | ) |
| Defendants. | ) |

## **O R D E R**

Before the Court is Defendants' Joint Motion to Consolidate this case and <u>Poff v. State of Oklahoma, et al.</u>, Case No. CIV-14-1438-C. Although the cases will be managed jointly, whether they will be consolidated for trial will be determined at a later date upon appropriate motion. The Motion is therefore denied, without prejudice to its reconsideration closer to trial.

IT IS SO ORDERED this 13th day of January, 2015.

ROBIN J. CAUTHRON
United States District Judge