IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MICHAEL DELONG, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) Case No. CIV-14-1439-C |
| | ) |
| STATE OF OKLAHOMA, et al., | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

On February 25, 2015, Plaintiff filed an Amended Complaint. Accordingly, Defendants' Motions to Dismiss (Dkt. Nos. 15 and 16) are STRICKEN. Defendants may file new Motions or otherwise respond to the Amended Complaint as set forth by the Federal Rules of Civil Procedure.

IT IS SO ORDERED this 2nd day of March, 2015.

ROBIN J. CAUTHRON
United States District Judge