# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MICHAEL DELONG,<br>      PLAINTIFF,<br><br>V.<br><br>1. STATE OF OKLAHOMA *ex rel* The OKLAHOMA DEPARTMENT OF MENTAL HEALTH AND SUBSTANCE ABUSE SERVICES;<br>2. THE BOARD OF DIRECTORS FOR THE OKLAHOMA DEPARTMENT OF MENTAL HEALTH AND SUBSTANCE ABUSE SERVICES,<br>3. TERRI WHITE, individually and as the Commissioner and Chief Executive Officer of the Oklahoma Department Of Mental Health And Substance Abuse Services,<br>4. DURAND CROSBY, individually and as the Chief Operating Officer of the Oklahoma Department Of Mental Health And Substance Abuse Services;<br>5. CRATUS DEWAYNE MOORE, individually and as the General Counsel of Oklahoma Department of Mental Health and Substance Abuse Service; and<br>6. ELLEN BUETTNER, individually and as the Director, Human Resources Management, Human Resources Development for the Oklahoma Department Of Mental Health And Substance Abuse Services.<br><br>DEFENDANTS. | **CASE NO. 5:14-CV-01439** |

### PLAINTIFF'S UNOPPOSED APPLICATION TO EXTEND DEADLINE TO RESPOND TO THE DEFENDANT'S <u>MOTION FOR ATTORNEYS FEES AND COSTS</u>

COMES NOW, the Plaintiff Michael DeLong and pursuant to FRCP 6(b)(1)(B) and LCvR7.1(h) respectfully moves the Court for an order extending the deadline for her to file her Response to the Defendants' Motion for Attorney's Fees and Cost. The Defendants filed two (2) motions for attorney's fees and costs between this case and the companion case 5:14-CV-01439. Plaintiff docketed his due date as June 29, 2015 based upon LCvR7.1(g) which gives a party 21 days to file a response to a motion. Upon review of the Local Federal Rules, Plaintiff determined that he had incorrectly docketed the deadline for the response to the motion. Pursuant to L.CvR 54.2, Objections to Motions for Attorney's Fees are due within 14 days of the filing of the Motion which made Plaintiff's Response due on June 22, 2015. Plaintiff requests until July 10, 2015 to file his responsive brief due to the need to respond to multiple motions and other scheduling deadlines. Additionally, the parties have broached settlement discussions and the extension will give each side time to consider all options.

The Defendants have no objection to the extension of the deadlines requested by the Plaintiff. No scheduling order deadlines have been entered in this case; therefore the extension will not impact any existing deadlines.

WHEREFORE, the Plaintiff Michael DeLong respectfully requests that the Court extend his deadline to Respond to the Motions to Dismiss from June 22, 2015 to July 10, 2015.

            Respectfully submitted,

            s/Rachel Bussett
            Rachel L. Bussett, OBA 19769
            Bussett & Floyd, PLLC
            3555 N.W. 58th St., Suite 1010
            Oklahoma City, OK 73112
            405-607-4885
            405-601-7765 fax
            Rachel@bussettlaw.com

  I certify that on June 26, 2015, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

| | |
|---|---|
| VICTOR F. ALBERT, OBA #12069 | Jeremy Tubb, OBA #16739 |
| CONNER & WINTERS, LLP | Matthew S. Panach, OBA #22262 |
| 1700 One Leadership Square | FULLER, TUBB, BICKFORD & |
| 211 North Robinson | KRAHL, PLLC |
| Oklahoma City, OK 73102 | 201 Robert S. Kerr, Suite 1000 |
| Telephone: (405) 272-5711 | Oklahoma City, OK 73102 |
| Facsimile: (405) 232-2695 | Telephone: (405) 235-2575 |
| valbert@cwlaw.com | Facsimile: (405) 232-8384 |
| Attorney for Defendant, | jeremy.tubb@fullertubb.com |
| State of Oklahoma ex rel The | panach@fullertubb.com |
| Oklahoma Department of Mental | Attorneys for Defendants Terri White, |
| Health And Substance Abuse Services | Durand Crosby, Cratus Dewayne Moore, |
| | and Ellen Buettner |

            s/Rachel Bussett
            Rachel L. Bussett