# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MICHAEL DELONG,<br>　　　PLAINTIFF,<br><br>V.<br><br>1. STATE OF OKLAHOMA *ex rel* The OKLAHOMA DEPARTMENT OF MENTAL HEALTH AND SUBSTANCE ABUSE SERVICES;<br>2. THE BOARD OF DIRECTORS FOR THE OKLAHOMA DEPARTMENT OF MENTAL HEALTH AND SUBSTANCE ABUSE SERVICES,<br>3. TERRI WHITE, individually and as the Commissioner and Chief Executive Officer of the Oklahoma Department Of Mental Health And Substance Abuse Services,<br>4. DURAND CROSBY, individually and as the Chief Operating Officer of the Oklahoma Department Of Mental Health And Substance Abuse Services;<br>5. CRATUS DEWAYNE MOORE, individually and as the General Counsel of Oklahoma Department of Mental Health and Substance Abuse Service; and<br>6. ELLEN BUETTNER, individually and as the Director, Human Resources Management, Human Resources Development for the Oklahoma Department Of Mental Health And Substance Abuse Services.<br><br>DEFENDANTS. | **CIV-14-1439-C** |

## **ORDER**

Came to be heard, the Plaintiff MICHAEL DELONG'S Unopposed Application to Extend Deadline to Respond to the Defendant's Motions For Attorney's Fees and Costs and having considered the motion, the Court hereby GRANTS Plaintiff Michael Delong's motion for an extension of time. Plaintiff is ordered to Respond to the Motions for Attorney's Fees and Costs no later than July 10, 2015.

Signed this 29th day of June, 2015.

ROBIN J. CAUTHRON
United States District Judge