IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

UNITED STATES COURTHOUSE
N.W. 4TH & HARVEY, OKLAHOMA CITY, OKLAHOMA

STATUS/SCHEDULING DOCKET BEFORE JUDGE ROBIN J. CAUTHRON
IN CHAMBERS - 4th Floor Rm 4001

**A PHOTO ID IS REQUIRED FOR ANYONE TO ENTER THE FED. COURTHOUSE**

**THURSDAY, JULY 23, 2015**

**NOTICE TO COUNSEL:** A Joint Status Report and Discovery Plan is to be filed with the Clerk of Court no later than **Tuesday, July 21, 2015**. The Status Report is a joint report to be initiated by counsel for plaintiff. It should include a concise statement of the case to inform the Court of the basic factual background and primary contentions of the parties. (LCvR16.1)

**You must have an entry of appearance on file and be registered with ECF.**

Counsel whose offices are outside Oklahoma County and pro se parties who live outside Oklahoma County may attend the conference by telephone, **provided that appropriate arrangements are made at least 24 hours in advance by contacting Courtroom Deputy Linda Goode** (405-609-5202) **or Adm. Asst. Lyn Marshala** (405-609-5200).

9:00 A. M.

| | | |
|---|---|---|
| CIV-14-1438-C | KIMBERLY POFF | Rachel Bussett<br>(No entry of appearance on file LCvR83.4) |
| | VS | |
| | OKLAHOMA DEPARTMENT<br>OF MENTAL HEALTH &<br>SUBSTANCE ABUSE<br>SERVICES, ET AL. | Victor F. Albert<br>Adam P. Montessi<br>J. Jeremy Tubb<br>Matthew S. Panach |

9:10 A. M.

| | | |
|---|---|---|
| CIV-14-1439-C | MICHAEL DELONG | Rachel Bussett |
| | | (No entry of appearance on file LCvR83.4) |
| | | Curtis W. Bussett |
| | | (No entry of appearance on file LCvR83.4) |
| | VS | |
| | OKLAHOMA DEPARTMENT OF MENTAL HEALTH & SUBSTANCE ABUSE SERVICES, ET AL. | Victor F. Albert
Adam P. Montessi
J. Jeremy Tubb
Matthew S. Panach |

9:20 A. M.

| | | |
|---|---|---|
| CIV-15-43-C | UNITED STATES OF AMERICA | Joshua Y. Levine |
| | | (No entry of appearance on file LCvR83.4) |
| | | Sean M. Green |
| | VS | |
| | REX A. HODGES, ET AL. | Rex A. Hodges
Adam G. Schwabe
Linda L. Samuel-Jaha
Megan A. Winter |

9:30 A. M.

| | | |
|---|---|---|
| CIV-15-53-C | LAURA LEE SCOTT, ET AL. | Greg H. Haubrich
Jerry W. Foshee |
| | VS | |
| | ABOVE PAR TRANSPORTATION, INC., ET AL. | Daniel K. Zorn
Timothy E. Lurtz |

9:40 A. M.

| | | |
|---|---|---|
| CIV-15-177-C | RICHARD BUCHANAN | Robert C. Brown, Jr. |
| | VS | |
| | UNITED STATES OF AMERICA | Matthew P. Anderson<br>Tom Majors |

9:50 A. M.

| | | |
|---|---|---|
| CIV-15-250-C | WEST AMERICAN INSURANCE COMPANY | Timothy D. Cain<br>Frances J. Armstrong |
| | VS | |
| | JARED TODD, ET AL. | Matthew M. McGrew<br>Michael D. McGrew<br>Robin D. McGrew |

10:00 A. M.

| | | |
|---|---|---|
| CIV-15-263-C | CHARLESETTA REDD, ET AL., | Jacob D. Diesselhorst<br>Glendell D. Nix<br>Kenyatta R. Bethea<br>Nicole R. Snapp-Holloway |
| | VS | |
| | BIG DOG HOLDING COMPANY LLC, ET AL. | David W. Kirk<br>Michael C. Felty<br>Stacey S. Chubbuck<br>Jennifer M. Warren<br>Richard C. Smith<br>Stacey Haws Felkner<br>Susan A. Knight |

10:10 A. M.

| | | |
|---|---|---|
| CIV-15-322-C | LORNA ENTRADA | Leah M. Roper |
| | | Amber L. Hurst |
| | | Mark E. Hammons |
| | VS | |
| | MARRIOTT HOTEL SERVICES, INC. | Monica Y. Ybarra |
| | | Shannon K. Emmons |

10:20 A. M.

| | | |
|---|---|---|
| CIV-15-523-C | DAVID ANDERSON | Leah M. Roper |
| | | Amber L. Hurst |
| | | Mark E. Hammons |
| | VS | |
| | CONSOLIDATED OWS MANAGEMENT, INC., ET AL. | Jessica L. Craft |
| | | Michael L. Carr |

10:30 A. M.

| | | |
|---|---|---|
| CIV-15-478-C | TROY JONES | Rex K. Travis |
| | | (No entry of appearance on file LCvR83.4) |
| | VS | |
| | TIME INSURANCE COMPANY | J. Derrick Teague |

10:40 A. M.

| | | |
|---|---|---|
| CIV-15-505-C | SMS FINANCIAL JDC, LP | Benjamin K. Davis |
| | | (No entry of appearance on file LCvR83.4) |
| | | Vance T. Nye |
| | | Douglas L. Jackson |
| | | Eric C. Money |
| | VS | |
| | CARY COPE, ET AL. | Donna L. Smith |
| | | Michael T. Torrone |
| | | Thomas J. McGeady |

10:50 A. M.

| | | |
|---|---|---|
| CIV-15-324-C | UNITED STATES OF AMERICA | Allan K. Townsend |
| | | Delora L. Kennebrew |
| | | Meredith L. Burrell |
| | | Shayna M. Bloom |
| | | Brittany M. Novotny |
| | | Ezra I. Young |
| | | Jillian T. Weiss |
| | VS | |
| | SOUTHEASTERN OKLAHOMA STATE UNIVERSITY, ET AL. | Dixie L. Coffey |
| | | Jeb E. Joseph |
| | | Kindanne C. Jones |
| | | Mithun S. Mansinghani |

11:00 A. M.

| | | |
|---|---|---|
| CIV-15-551-C | CHARLES E. STEIGER, JR. | Joshua C. Stockton |
| | VS | |
| | ASAG ENERGY, LLC | Jeffrey D. Scott |
| | | Michael W. Brewer |

11:10 A. M.

| | | |
|---|---|---|
| CIV-15-576-C | EMI APRIL MUSIC, INC. | Colin G. Martin |
| | | John D. Stiner |
| | VS | |
| | 115 PARTNERS, LLC, ET AL. | Charles B. Sexton |

11:20 P. M.

| | | |
|---|---|---|
| CIV-15-598-C | JAYNE REGISTER | Victor R. Wandres |
| | | (No entry of appearance on file LCvR83.4) |
| | VS | |
| | WEST ASSET MANAGEMENT, INC. | Kerry R. Lewis |

<u>11:30 P. M.</u>

| | | |
|---|---|---|
| CIV-15-629-C | JASON DAVIS | Chad N. Davis |
| | VS | |
| | STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY | John S. Gladd<br>Meredith D. Lindaman |

<u>11:40 P. M.</u>

| | | |
|---|---|---|
| CIV-13-1171-C | HAROLD BURGESS | Kevin S. Locke<br>James A. Jones<br>Richard J. Burch |
| | VS | |
| | ARCHER PRESSURE PUMPING, LLC, ET AL. | Courtney K. Warmington<br>Gabrielle S. Moses<br>Michael J. Muskat |

<u>11:50 P. M.</u>

| | | |
|---|---|---|
| CIV-15-272-C | YUMMY YOGART, INDY, LLC, ET AL., | Jason A. Sansone<br>Kellie S. Howell<br>Philip A. Davis |
| | VS | |
| | ORANGE LEAF LICENSING, LLC, ET AL. | Adam J. Strange<br>Carrie L. Palmer<br>Max J. Rhodes<br>Russell A. Wantland |