IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) MICHAEL DELONG,<br><br>                  Plaintiff,<br><br>v.<br><br>(1) STATE OF OKLAHOMA *ex rel* THE OKLAHOMA DEPARTMENT OF MENTAL HEALTH AND SUBSTANCE ABUSE SERVICES;<br><br>(2) THE BOARD OF DIRECTORS FOR THE OKLAHOMA DEPARTMENT OF MENTAL HEALTH AND SUBSTANCE ABUSE SERVICES, *et al*<br><br>                  Defendants. | Case No. 5:14-cv-01439-C |

**DEFENDANTS' NOTICE OF DEPOSITION OF MICHAEL DELONG**

    TO:  Rachel L. Bussett, OBA #19769
    Bussett Law Firm, PC
    3555 N.W. 58th Street, Suite 1010
    Oklahoma City, OK  73112
    Telephone:  (405) 605-8073
    Facsimile:  (405) 601-7765
    rachel@bussettlaw.com
    *Attorney for Plaintiff*

Pursuant to Rule 30(a)(1) of the Federal Rules of Civil Procedure, Defendants, the State of Oklahoma ex rel. The Oklahoma Department of Mental Health and Substance Abuse Services (the "Department") and The Board of Directors for the Oklahoma Department of Mental Health and Substance Abuse Services (the "Board"), herby serve notice that they will take the deposition of Michael DeLong on Monday, December 21, 2015, at 9:30 a.m. at the offices of the Professional Reporters, 511 Couch Drive, Suite 100, Oklahoma City, Oklahoma, 73102.  The deposition will be recorded by stenographic

1

K:\VALB\Clients A-M\15640 Dept. & Board\0003 Delong, Michael\Pleadings (USDC-WDOK 14-cv-1439)\Notice of Depo - Michael DeLong.docx

record. The examination will be conducted between the hours of 9:30 a.m. and 5:00 p.m. on December 21, 2015, and shall continue from day-to-day until completed within the time allowed by the Federal Rules of Civil Procedure.

YOU ARE INVITED TO ATTEND AND CROSS-EXAMINE.

Dated this 11th day of November 2015.

Respectfully submitted,

s/*Victor F. Albert*
Victor F. Albert, OBA #12069
Matthew L. Warren, OBA #31260
CONNER & WINTERS, LLP
1700 One Leadership Square
211 North Robinson
Oklahoma City, OK  73102
Telephone:  (405) 272-5711
Facsimile:  (405) 232-2695
Email:   valbert@cwlaw.com
            mwarren@cwlaw.com
*Attorneys for Defendants The State of Oklahoma ex rel. the Oklahoma Department of Mental Health and Substance Abuse Services and The Board of Directors for the Oklahoma Department of Mental Health and Substance Abuse Services*

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2015, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Rachel L. Bussett, OBA #19769
Bussett Law Firm, PC
3555 N.W. 58th Street, Suite 1010
Oklahoma City, OK  73112
Telephone:  (405) 605-8073
Facsimile:  (405) 601-7765
rachel@bussettlaw.com
***Attorney for Plaintiff***

Jeremy Tubb, OBA #16739
Matthew S. Panach, OBA #22262
FULLER, TUBB, BICKFORD & KRAHL
201 Robert S. Kerr, Suite 1000
Oklahoma City, OK  73102
Telephone:  (405) 235-2575
Facsimile:  (405) 232-8384
jeremy.tubb@fullertubb.com
panach@fullertubb.com
***Attorneys for Defendants
Terri White, Durand Crosby, and
Cratus Dewayne Moore***

    s/*Victor F. Albert*
    VICTOR F. ALBERT