IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MICHAEL DELONG, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>STATE OF OKLAHOMA ex rel. THE )<br>OKLAHOMA DEPARTMENT OF )<br>MENTAL HEALTH AND )<br>SUBSTANCE ABUSE SERVICES; )<br>BOARD OF DIRECTORS FOR THE )<br>OKLAHOMA DEPARTMENT OF )<br>MENTAL HEALTH AND SUBSTANCE )<br>ABUSE SERVICES; (3) TERRI WHITE, )<br>Commissioner and Chief Executive Officer )<br>of the Oklahoma Department of Mental )<br>Health and Substance Abuse Services; )<br>DURAND CROSBY, Chief Operating )<br>Officer of the Oklahoma Department of )<br>Mental Health and Substance Abuse )<br>services; and CRATUS DEWAYNE )<br>MOORE, General Counsel of the )<br>Oklahoma Department of Mental Health )<br>and Substance Abuse Services, )<br>)<br>Defendants. ) | Case No. CIV-14-1439-C |

ORDER ON PLAINTIFF'S APPLICATION
TO EXTEND ALL REMAINING DEADLINES

THE COURT finds that while Plaintiff may be entitled to a short continuance for the reasons stated in his motion (dkt. no. 52), he is not entitled to the three months requested for the reasons set out in Defendants' response. The Court will grant a 30-day continuance of all unexpired deadlines.

|                                                          | New Deadline              |
|----------------------------------------------------------|---------------------------|
| Plaintiff's Final Expert Witnesses and Reports           | 2/3/2016                  |
| Defendant's Final Expert Witnesses and Reports           | 2/17/2016                 |
| Plaintiff's Final Witnesses & Exhibit Lists              | 3/16/2016                 |
| Defendant's Final Witnesses & Exhibit Lists              | 3/29/2016                 |
| Discovery Completion                                     | 4/1/2016                  |
| Trial Docket                                             | June 14, 2016             |
| Designation of Deposition Testimony                      | 6/1/2016                  |
| Objections and Counter Designations of Deposition Testimony | 6/6/2016               |
| Motions in Limine                                        | 7 days prior to pretrial  |
| Requested Voir Dire                                      | 7 days prior to pretrial  |
| Trial Briefs                                             | 7 days prior to pretrial  |
| Jury Instructions                                        | 7 days prior to pretrial  |
| Final Pretrial Report                                    | 5/27/2016                 |

IT IS SO ORDERED this 13th of January, 2016.

_____
ROBIN J. CAUTHRON
United States District Judge