# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

(1) MICHAEL DELONG,

        Plaintiff,

v.

(1) STATE OF OKLAHOMA *ex rel* THE OKLAHOMA DEPARTMENT OF MENTAL HEALTH AND SUBSTANCE ABUSE SERVICES;

(2) THE BOARD OF DIRECTORS FOR THE OKLAHOMA DEPARTMENT OF MENTAL HEALTH AND SUBSTANCE ABUSE SERVICES, *et al*

        Defendants.

Case No. 5:14-cv-01439-C

## WITNESS AND EXHIBIT LISTS OF DEFENDANTS STATE OF OKLAHOMA EX REL. THE OKLAHOMA DEPARTMENT OF MENTAL HEALTH AND SUBSTANCE ABUSE SERVICES AND THE BOARD OF DIRECTORS FOR THE OKLAHOMA DEPARTMENT OF MENTAL <u>HEALTH AND SUBSTANCE ABUSE SERVICES</u>

Defendants, State of Oklahoma *ex rel* The Oklahoma Department of Mental Health and Substance Abuse Services and The Board of Directors for the Oklahoma Department of Mental Health and Substance Abuse Services ("Defendants") submit their Witness and Exhibit Lists as follows:

## WITNESS LIST

| No. | Name and Address | Proposed Testimony | Expectation |
|---|---|---|---|
| 1. | Terri White, c/o Victor F. Albert Conner & Winters, LLP 1700 One Leadership Sq. 211 N. Robinson Ave. Oklahoma City, Oklahoma 73102 (405) 272-5711 (405) 232-2695 | To be deposed. All facts regarding Plaintiff's employment, the investigation into his conduct and reasons for termination of his employment; that retaliation had no part of the decision to terminate his employment; that the Department was Plaintiff's employer, and that the Board was not Plaintiff's employer; all facts regarding the applicable employment policies and procedures relevant to Plaintiff's employment and the termination of it; all facts necessary to refute or respond to any allegations made by Plaintiff of retaliation in the decision to terminate his employment; all other facts to which she has personal knowledge and which refute any allegations by Plaintiff.. | Will Call |

| **No.** | **Name and Address** | **Proposed Testimony** | **Expectation** |
|---|---|---|---|
| 2. | Durand Crosby<br>c/o Victor F. Albert<br>Conner & Winters, LLP<br>1700 One Leadership Sq.<br>211 N. Robinson Ave.<br>Oklahoma City, Oklahoma 73102<br>(405) 272-5711<br>(405) 232-2695 | To be deposed. All facts regarding Plaintiff's employment, the investigation into his conduct and reasons for termination of his employment; that retaliation had no part of the decision to terminate his employment; that the Department was Plaintiff's employer, and that the Board was not Plaintiff's employer; all facts regarding the applicable employment policies and procedures relevant to Plaintiff's employment and the termination of it; all facts necessary to refute or respond to any allegations made by Plaintiff of retaliation in the decision to terminate his employment; that he was the direct supervisor who made the decision to not take disciplinary action following the investigation of the relationship between Dewayne Moore and Robin Wilson Moore, and the facts and reasons for those actions; all other facts to which he has personal knowledge and which refute any allegations by Plaintiff. | Will Call |

3

K:\VALB\Clients A-M\15640 Dept. & Board\0003 Delong, Michael\Pleadings (USDC-WDOK 14-cv-1439)\W-E List FINAL [Delong].docx

| **No.** | **Name and Address** | **Proposed Testimony** | **Expectation** |
|---|---|---|---|
| 3. | Ellen Buettner, c/o Victor F. Albert Conner & Winters, LLP 1700 One Leadership Sq. 211 N. Robinson Ave. Oklahoma City, Oklahoma 73102 (405) 272-5711 (405) 232-2695 | To be deposed. All facts regarding Plaintiff's employment, the investigation into his conduct and reasons for termination of his employment; that retaliation had no part of the decision to terminate his employment; that the Department was Plaintiff's employer, and that the Board was not Plaintiff's employer; all facts regarding the applicable employment policies and procedures relevant to Plaintiff's employment and the termination of it; all other facts to which she has personal knowledge and which refute any allegations by Plaintiff. | Will Call |
| 4. | David Milnes P.O. Box 1358 Bethany, OK 73008 | Deposed. His background and experience on investigations; the third-party relationship that he had with the Department; his retention for the investigation into Plaintiff's conduct; all facts regarding the investigation, his findings, and providing those to the Department; all facts to refute any criticism of his investigation; all other facts to which he has personal knowledge and which refute any allegations by Plaintiff. | Will Call |

| **No.** | **Name and Address** | **Proposed Testimony** | **Expectation** |
|---|---|---|---|
| 5. | Dewayne Moore<br>c/o Victor F. Albert<br>Conner & Winters, LLP<br>1700 One Leadership Sq.<br>211 N. Robinson Ave.<br>Oklahoma City, Oklahoma 73102<br>(405) 272-5711<br>(405) 232-2695 | To be deposed.  His role in the investigation into Plaintiff's conduct in July 2013 regarding the Chris Flanagan investigation, and his interview by David Milnes in that investigation; the legal consult in the investigation; Department policies at issue in this lawsuit by virtue of Plaintiff's conduct and allegations; his relationship with Robin Wilson Moore; all facts necessary to refute or respond to any allegations made by Plaintiff of retaliation in the decision to terminate his employment; all other facts to which he has personal knowledge and which refute any allegations by Plaintiff. | Will Call |
| 6. | Hannah Cable<br>c/o Victor F. Albert<br>Conner & Winters, LLP<br>1700 One Leadership Sq.<br>211 N. Robinson Ave.<br>Oklahoma City, Oklahoma 73102<br>(405) 272-5711<br>(405) 232-2695 | Deposed.  The events on July 9, 2013 regarding statements made to her, impressions she formed based on those statements; statements she made to Plaintiff and others; her interview with David Milnes about the events that day; her feelings and observations regarding the relationship between Dewayne Moore and Robin Wilson Moore, and that there was no hostile work environment, and that she did not make a complaint of such; all other facts to which she has personal knowledge and which refute any allegations by Plaintiff. | Will Call |

| **No.** | **Name and Address** | **Proposed Testimony** | **Expectation** |
|---|---|---|---|
| 7. | Allen Shaffer<br>c/o Victor F. Albert<br>Conner & Winters, LLP<br>1700 One Leadership Sq.<br>211 N. Robinson Ave.<br>Oklahoma City, Oklahoma 73102<br>(405) 272-5711<br>(405) 232-2695 | Deposed.  The events on July 9, 2013 regarding statements made to him, impressions he formed based on those statements; statements he made to Kim Poff, Plaintiff and others; his interview with David Milnes about the events that day; his feelings and observations regarding the relationship between Dewayne Moore and Robin Wilson Moore, and that there was no hostile work environment, and that he did not make a complaint of such; all other facts to which he has personal knowledge and which refute any allegations by Plaintiff. | Will Call |
| 8. | Jason Maddox<br>c/o Victor F. Albert<br>Conner & Winters, LLP<br>1700 One Leadership Sq.<br>211 N. Robinson Ave.<br>Oklahoma City, Oklahoma 73102<br>(405) 272-5711<br>(405) 232-2695 | Deposed.  The events on July 9, 2013 regarding statements made to him, impressions he formed based on those statements; statements he made to Kim Poff, Plaintiff, and others; his interview with David Milnes about the events that day; his feelings and observations regarding the relationship between Dewayne Moore and Robin Wilson Moore, and that there was no hostile work environment, and that he did not make a complaint of such; all other facts to which he has personal knowledge and which refute any allegations by Plaintiff. | Will Call |

| No. | Name and Address | Proposed Testimony | Expectation |
|---|---|---|---|
| 9. | Jill Amos<br>c/o Victor F. Albert<br>Conner & Winters, LLP<br>1700 One Leadership Sq.<br>211 N. Robinson Ave.<br>Oklahoma City, Oklahoma 73102<br>(405) 272-5711<br>(405) 232-2695 | Deposed.  The communications involving her and Kim Poff regarding the investigation into her complaint against Chris Flanagan; the events of July 8 and 9 regarding the phone call from Ellen Buettner regarding Chris Flanagan covering the presentation of a portion of the NEO program; her contact with and meeting with Kim Poff; her interviews with David Milnes; her working with Durand Crosby and Ellen Buettner. | Will Call |
| 10. | Kim Poff | Deposed. | May Call |
| 11. | Plaintiff | Deposed. | May Call |
| 12. | Representative of Plaintiff's current employer | That Plaintiff was hired by the current employer, his rate of pay and beginning date of employment. | May Call |
| 13. | All witnesses necessary to rebut Plaintiff's claims | | |
| 14. | All witnesses necessary to authenticate documents | | |
| 15. | All witnesses listed by Plaintiff not objected to by Defendants | | |

## EXHIBIT LIST

| No. | Description | Identification/Bates Label | Expectation |
|---|---|---|---|
| 1. | M. DeLong Personnel File | ODMH 000819 – 000871 | Will Use |
| 2. | DMHSAS Investigations – Employee's Responsibilities and Rights – DMHSAS 5.12 | ODMH 000941 – 000945 | Will Use |
| 3. | Retaliation Complaint and Investigation Procedure – DMHSAS 7.1 | ODMH 000946 – 000949 | Will Use |

7

| No. | Description | Identification/Bates Label | Expectation |
|---|---|---|---|
| 4. | Equal Employment Opportunity and Non-Retaliation – DMHSAS 7.2 | ODMH 000950 – 000951 | Will Use |
| 5. | Sexual Harassment Prevention and Correction – DMHSAS 7.5 | ODMH 000952 – 000953 | Will Use |
| 6. | Employee Code of Ethics – DMHSAS 5.4 | ODMH 001048 - 001049 | Will Use |
| 7. | Workforce Utilization – DMHSAS 7.3 | ODMH 001050 | Will Use |
| 8. | Reasonable Accommodation – DMHSAS 7.4 | ODMH 001051 - 001054 | Will Use |
| 9. | DMHSAS Investigations – Employee's Responsibilities and Rights – DMHSAS 5.12 – effective 8-1-05 | ODMH 001055 - 001056 | Will Use |
| 10. | Discipline – DMHSAS 5.8 | ODMH 001057 - 001062 | Will Use |
| 11. | Use of State-Owned Motor Vehicles – DMHSAS 5.14 | ODMH 001063 - 001065 | Will Use |
| 12. | Employee Performance Management Process – DMHSAS 5.5 | ODMH 001174 - 001175 | Will Use |
| 13. | Conflict of Interest – DMHSAS 5.3 | ODMH 001171 - 001173 | Will Use |
| 14. | Confidentiality of Human Resources Management Employee Records – DMHSAS 5.2 | ODMH 001168 - 001170 | Will Use |
| 15. | ODMHSAS Organization Charts | ODMH 000954 – 000974 | Will Use |
| 16. | Various emails | ODMH 000904 – 000924 | Will Use |
| 17. | D. Milnes Investigation File | ODMH 000128 – 000160, and ODMH 000176-000670 | Will Use |
| 18. | Summary and analysis of D. Milnes Investigation File | ODMH 000161 – 000175 | Will Use |

| No. | Description | Identification/Bates Label | Expectation |
|---|---|---|---|
| 19. | Outside Legal Opinions on relationship between Dewayne Moore and Robin Wilson Moore | ODMH 000925 – 000940 | Will Use |
| 20. | Board Reports, documents and emails regarding investigation into relationship between Dewayne Moore and Robin Wilson Moore | ODMH 001070 - 001109 | May Use |
| 21. | Department documents showing salary of the four employees assigned to the Legal Department in March 2013 | ODMH 001066 - 001069 | May Use |
| 22. | M. DeLong EEOC File | ODMH 0000001 – 000071 | Will Use |
| 23. | M. DeLong's Employee File from Mid-America Christian University | | May Use |
| 24. | M. DeLong's Employee File from NextCare Holdings | | May Use |
| 25. | Department policies and procedures and training video provided to employees covering topics of employment issues, discrimination and retaliation | | May Use |
| 26. | M. DeLong's Responses to ODMHSAS and Board's Discovery Requests | | May Use |
| 27. | All demonstrative exhibits prepared in accordance with local rule | | May Use |
| 28. | All documents that are admissible in evidence and produced in response to outstanding subpoenas | | May Use |

9

| No. | Description | Identification/Bates Label | Expectation |
|---|---|---|---|
| 29. | All exhibits listed by Plaintiff not objected to by the ODMHSAS and/or Board | | May Use |
| 30. | All exhibits necessary for impeachment | | May Use |
| 31. | Any documents identified during the course of further discovery | | May Use |

Discovery is still ongoing in this case; as a result, Defendants reserve the right to amend its Final Witness and Exhibit Lists to the extent additional witnesses and/or documents are identified through the course of further discovery.

Respectfully submitted,

/s/ *Victor F. Albert*
VICTOR F. ALBERT, OBA #12069
MATTHEW L. WARREN, OBA #31260
CONNER & WINTERS, LLP
1700 One Leadership Square
211 North Robinson
Oklahoma City, OK  73102
Telephone:  (405) 272-5711
Facsimile:  (405) 232-2695
valbert@cwlaw.com
mwarren@cwlaw.com
***Attorneys for Defendants, State of Oklahoma ex rel. The Oklahoma Department of Mental Health and Substance Abuse Services and The Board of Directors for The Oklahoma Department of Mental Health and Substance Abuse Services***

K:\VALB\Clients A-M\15640 Dept. & Board\0003 Delong, Michael\Pleadings (USDC-WDOK 14-cv-1439)\W-E List FINAL [Delong].docx

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of March 2016, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Rachel L. Bussett, OBA #19769
Ashley Weyland, OBA # 32141
THE BUSSETT LEGAL GROUP, PLLC
Mid-Town Plaza Law Center
414 NW 4th St., Suite 200
Oklahoma City, OK  73102
Telephone:  (405) 605-8073
Facsimile:  (405) 601-7764
rachel@bussettlaw.com
ashley@bussettlaw.com
*Attorneys for Plaintiff*

Jeremy Tubb, OBA #16739
Matthew S. Panach, OBA #22262
FULLER, TUBB, BICKFORD & KRAHL
201 Robert S. Kerr, Suite 1000
Oklahoma City, OK  73102
Telephone:  (405) 235-2575
Facsimile:  (405) 232-8384
jeremy.tubb@fullertubb.com
panach@fullertubb.com
*Attorneys for Defendants*
*Terri White, Durand Crosby,*
*Cratus Dewayne Moore, and Ellen Buettner*

                                      /s/ *Victor F. Albert*
                                      VICTOR F. ALBERT

11

K:\VALB\Clients A-M\15640 Dept. & Board\0003 Delong, Michael\Pleadings (USDC-WDOK 14-cv-1439)\W-E List FINAL [Delong].docx